# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable F. L. Massie
County Auditor
Wilbarger County
Vernon, Texas

Dear Sir:

Opinion No. O-3192
Re: Does a county have authority to issue a franchise to operate a jitney bus on its roads?

Your request for opinion upon the above stated question has been received and carefully considered by this department.

We quote from 11 Texas Jurisprudence, pages 563-4-5, as follows:

"Counties, being component parts of the State, have no powers or duties except those which are clearly set forth and defined in the Constitution and statutes. The statutes have clearly defined the powers, prescribed the duties, and imposed the liabilities of the Commissioners Courts; the medium through which the different counties act, and from those statutes must come all the authority vested in the counties . . .

". . . Commissioners' Courts are courts of limited jurisdiction, in that their authority extends only to matters pertaining to the general welfare of their respective counties and that their powers are only those expressly or impliedly conferred upon them by law, - that is, by the Constitution and statutes of this state. . . ."

We quote from 19 Texas Jurisprudence, pages 876-879, as follows:



885

Honorable F. L. Massie, Page 2

"To be a franchise the right must be
of such a nature that, without express legis-
lative authority, it cannot be exercised.
. . . The legislative department of the
government is the source of the grant of
a franchise, . . . The legislature, unless
constitutionally inhibited, may exercise its
authority by direct legislation, or through
agencies duly established having power for
that purpose. . . ."

We have been unable to find any statutory or consti-
tutional authority, either express or implied, which would au-
thorize the Commissioners' Court to grant a jitney bus fran-
chise.

Opinion No. O-1805 of this department holds that the
Commissioners' Court of Brewster County, Texas, has no authority
to grant a franchise to the Central Power & Light Company to
cover Brewster County, Texas.

Opinion No. O-2517 of this department holds that the
Commissioners' Court of Montgomery County has no authority
to grant a franchise to a telephone company.

You are respectfully advised that it is the opinion
of this department that your question should be answered in
the negative, and it is so answered.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

APPROVED MAR 1, 1941

WJF:GO

ATTORNEY GENERAL OF TEXAS